## (October 24, 1973)

In the Matter of BROOME LEGAL ASSISTANCE CORPORATION.— Application pursuant to sections 478 and 484 of the Judiciary Law for approval of a pro-

gram to permit recent law school graduates (who have taken the bar examination and have not been notified that they have failed it) to render legal services under supervision of a duly licensed attorney employed by petitioner, a legal services corporation. Application granted to the same extent and upon the same terms and conditions as set forth in our decision in *Matter of Chemung County Neighborhood Legal Services* (42 A D 2d 1016). Submit order accordingly. Herlihy, P. J., Staley, Jr., Greenblott, Cooke, Sweeney, Kane, Main and Reynolds, JJ., concur.